IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MICHAEL A. OLIVER, #154 128,           )
                                       )
          Plaintiff,                   )
                                       )
vs.                                    )     CASE NO 2:14-cv-433-WHA
                                       )
KIM TOBIAS THOMAS, et al.,             )              (WO)
                                       )
          Defendants.                  )

## ORDER

This case is before the court on the Recommendation of the Magistrate Judge (Doc. #37), entered on June 29, 2016.  There being no timely objection filed to the Recommendation, and after a review of the file, the Recommendation is ADOPTED, and it is hereby

ORDERED that this case is DISMISSED without prejudice for failure of the Plaintiff to prosecute this action and to comply with the orders of this court.   Final Judgment will be entered accordingly.

DONE this 21st day of July, 2016.


                              /s/      W. Harold Albritton
                              W. HAROLD ALBRITTON
                              SENIOR UNITED STATES DISTRICT JUDGE